JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA NUNEZ,<br>        Plaintiff,<br>v.<br>TRANSUNION, LLC,<br>HERBERT P. SEARS CO., INC.,<br>FACTUAL DATA, INC., and<br>SYNCHRONY BANK,<br>        Defendants. | Case No. 2:22-cv-06006-SVW-KS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC** |

Plaintiff Irma Nunez and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal of Trans Union LLC with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal of Trans Union LLC with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Irma Nunez against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED this 19th day of January 2023.

_____
**HONORABLE STEPHEN V. WILSON**
UNITED STATES DISTRICT JUDGE

5944292.1

1